IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JEFFREY D. MANN, | ) CASE NO. 1:13 CV 1977 |
| Plaintiff, | ) JUDGE DONALD C. NUGENT |
| v. | ) MAGISTRATE JUDGE |
| | ) WILLIAM H. BAUGHMAN, JR. |
| GARY C. MOHR, *et al.*, | ) |
| | ) **ORDER** [ECF #s 20 and 21] |
| Defendants. | ) **REPORT & RECOMMENDATION** |
| | ) [ECF # 23] |

District Judge Donald C. Nugent has referred this case to me for general pretrial supervision.[1]

I currently have pending before me three motions filed by plaintiff Jeffrey D. Mann:

- Motion for federal marshall [sic] service of process and to proceed *in forma pauperis*,[2]

- Motion for extension of time to accomplish service of process,[3] and

- Motion for emergency injunctive relief and for sanctions.[4]

The motion for federal marshal service and to proceed *in forma pauperis* is hereby granted. All of the defendants named in the amended complaint[5] are individuals. The Marshal

---

[1] ECF # 14.

[2] ECF # 20.

[3] ECF # 21.

[4] ECF # 23.

[5] ECF # 5.

may, in his discretion, attempt to accomplish service by certified mail, return receipt requested, in accordance with Federal Rule of Civil Procedure 4(e)(1).

Mann's motion for extension of time to accomplish service of process is hereby granted. Service must be completed by June 26, 2014.

Judge Nugent has previously denied Mann's motion for emergency injunctive relief[6] and reconsideration of the denial of that motion.[7] To the extent that the current emergency motion may be within the scope of this referral, I recommend its denial for the reasons set forth by Judge Nugent in his earlier orders.

Dated: February 26, 2014    s/ William H. Baughman, Jr.
United States Magistrate Judge

## Objections

Any objections to this Report and Recommendation [as to ECF # 23] must be filed with the Clerk of Courts within fourteen (14) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the District Court's order.[8]

---

[6] ECF # 11.

[7] Non-document order of December 4, 2013.

[8] *See*, *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See also*, *Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).