UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY D. MANN, | ) | CASE NO.: 1:13 CV 1977 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER ADOPTING |
| | ) | REPORT AND RECOMMENDATION |
| GARY C. MOHR, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before this Court upon the Report and Recommendation of Magistrate Judge William H. Baughmann, Jr. (ECF #25), which is hereby ADOPTED. The Magistrate Judge recommended that Plaintiff's Motion for Emergency Injunctive Relief and for Sanctions (ECF #23) be denied in accordance with the reasons set forth in this Court's previous orders (ECF #11) denying Plaintiff's earlier-requested (ECF #8) emergency injunctive relief. Plaintiff timely filed an objection to the Report and Recommendation on March 7, 2014 (ECF #27).

As objections have been made to Magistrate Judge Baughmann's Report and Recommendation, this Court has reviewed the Report and Recommendation *de novo*, s*ee* FED. R. CIV. P. 72(b)(3), and finds that it is thorough, well-supported, and correct. This Court, therefore, ADOPTS the Magistrate Judge's Report and Recommendation in its entirety. Plaintiff's objections to the Report and Recommendation are hereby DENIED, and Plaintiff's Motion for Emergency Injunctive Relief and for Sanctions is hereby DENIED.

1

This case will remain referred to Magistrate Judge William H. Baughmann, Jr. for general pretrial supervision.


IT IS SO ORDERED.


                                                __/s/Donald C. Nugent_____
                                                JUDGE DONALD C. NUGENT
                                                United States District Judge

DATED: __March 31, 2014_____