UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY D. MANN, | ) | CASE NO. 1:13CV1977 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| vs. | ) | |
| | ) | |
| | ) | |
| GARY C. MOHR, *et al.*, | ) | ORDER ADOPTING MAGISTRATE'S |
| | ) | REPORT AND RECOMMENDATION |
| Respondent. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge William H. Baughman, Jr. (ECF #92), submitted on February 24, 2016. For reasons set forth herein, the Report and Recommendation is ADOPTED by this Court.

Plaintiff brought this action in September, 2013, against the Grafton Correctional Institution and several of its employees, alleging religious discrimination in violation of 42 U.S.C. § 1983. Plaintiff asks this Court to review the decision of the Magistrate, which ruled on several of Plaintiff's motions as follows: (1) Motion for Relief from Judgment (ECF #84) is denied; (2) Motion to Order Continuing Disclosure of Official Defendants who Leave or Change Office (ECF #85) is granted in part, and (3) Motion to Reinstate Defendants (ECF #86) is denied. Plaintiff timely filed Objections to the Report and Recommendation. (ECF #93).

This Court has reviewed the Report and Recommendation of this case de novo, *see Massey v. City of Ferndale*, 7 F.3d 506 (6th Cir. 1993), and has considered all of the pleadings, affidavits, motions, and filings of the parties. After careful evaluation, this Court finds that

Magistrate Baughman, Jr.'s Report and Recommendation are thorough, well-written, well-supported and correct. This Court, therefore, adopts the findings of fact and conclusions of law of the Magistrate Judge as its own.

For the foregoing reasons, the Report and Recommendation of Magistrate Judge Baughman, Jr. is hereby ADOPTED.

Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

*/s/ Donald C. Nugent*
DONALD C. NUGENT
United States District Judge

DATED: May 4, 2016